No. 97–1762. RAMIREZ v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1766. JAKOBY v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 97–1767. CARLYLE v. SAINT-EVENS ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1771. CONNOR v. FLYNN, EXECUTRIX OF THE ESTATE OF FLYNN. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–1775. LU v. CHRISTIANI ET AL.; and LU v. HARSH-BARGER ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–1776. PRUITT, INDIVIDUALLY AND AS NEXT FRIEND OF KACAL, A MINOR v. WACO INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1778. SAWCHYN v. SCOTTSDALE INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1788. DOAKES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–1797. OY PARTEK AB v. BOONE, PERSONAL REPRESENTATIVE OF THE ESTATE OF BOONE, ET AL. Sup. Ct. Del. Certiorari denied.

No. 97–1806. KRAIN v. ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–1822. BROWN v. PLAUT, ASSOCIATE DIRECTOR FOR INSTITUTIONS, DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–1842. DOYLE v. JEFFERSON COUNTY ET AL. C. A. 11th Cir. Certiorari denied.